UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DONALD L. BROWN, SR., et al.,

    Plaintiff,

    -against-

LANCINE TRAORE., et al.,

    Defendants.
------------------------------------------------------------x

21-CV-4354 (ALC) (OTW)

**<u>CIVIL CASE MANAGEMENT CONFERENCE ORDER</u>**

  **ONA T. WANG**, **United States Magistrate Judge**:

  The Court is in receipt of the parties' Rule 26(f) Meeting and Proposed Case Management Plan and the parties appeared for an initial case management conference on June 24, 2021. (ECF 18). After review of the pleadings and parties' Rule 26(f) report, the following scheduling order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

  **Discovery.** All fact discovery shall be completed by **December 15, 2021.** Expert discovery shall be completed **February 16, 2022**.

  **Discovery Disputes.** The parties are required to follow the Court's Individual Practices when seeking Court intervention on discovery disputes. *See* https://nysd.uscourts.gov/hon-ona-t-wang.

  **Amendments**. The last date to amend the complaint shall be **November 1, 2021**.

  **Status Letter**. A joint letter informing the Court about the status of discovery shall be filed with the Court on **September 1, 2021**. The letter should address any outstanding discovery disputes, and the efforts made by the parties to resolve these issues without Court intervention. It should also indicate whether the parties wish to

schedule an early settlement conference and, if so, include proposed dates on at least two consecutive weeks. The parties are, however, encouraged to contact the Court earlier if they believe a settlement conference sooner would be productive.

The parties shall additionally file a joint status letter regarding the outcome of the pending mediation within **seven days of the mediation concluding**.

**Trial.** The parties request a jury trial.

**SO ORDERED.**

Dated: June 24, 2021
      New York, New York

         _s/ Ona T. Wang_
         **Ona T. Wang**
         United States Magistrate Judge